IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAYNE JOHNSON,**<br>        **Plaintiff,**<br><br>v.<br><br>**DR. SCHNEIDER, JANE DOE, DR. JOHN DOE, DR. HAQUE, WARDEN MAY, NURSE ROBINSON, NURSE BYRD, NURSE MARINHO, CORRECTIONAL OFFICER KEYS, DENTAL ASSISTANT HOLLY, MAJOR BELLOS, CORIZON, and DR. JANE DOE,**<br>        **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 19-415** |

## ORDER

**AND NOW**, this 5th day of December, 2023, upon consideration of Defendants Dr. Schneider, Dr. Haque, and Nurse Marinho's Motions for Summary Judgment (ECF Nos. 116, 118), Plaintiff's opposition thereto (ECF Nos. 119, 120), and Defendants' reply (ECF No. 124), **IT IS HEREBY ORDERED** that Defendants' Motions are **GRANTED**, and that Plaintiff's claims against Defendants Dr. Schneider, Dr. Haque, Nurse Marinho, Jane Doe, Dr. John Doe, Nurse Robinson, Nurse Byrd, Dental Assistant Holly, and Dr. Jane Doe are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that pursuant to ECF No. 103, Plaintiff's claims against Warden May are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants Dr. Haque and Nurse Marinho's Motion to Stay Proceedings (ECF No. 114) and Defendant Dr. Schneider's Motion *in Limine* (ECF No. 117) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions against Defendant Dr. Schneider (ECF No. 121) is **DENIED**.

With respect to the one remaining Defendant, Corizon Health, Inc., the matter is **STAYED** pursuant to ECF No. 107 (Suggestion of Bankruptcy and Automatic Stay).

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____

**WENDY BEETLESTONE, J.**